

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-19-00237-CV

**IN THE INTEREST OF C.J.G., A CHILD**,
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01800
Honorable Richard Garcia, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on May 28, 2019. Because the reporter's record was not filed by the due date, this court ordered the reporter's record to be filed by June 7, 2019.

      On June 10, 2019, the court reporter responsible for preparing the reporter's record, Ms. Angie Jimenez, filed a notification of late record requesting that the deadline for filing the record be extended to June 21, 2019. The request is GRANTED. *See* TEX. R. APP. P. 35.3(c). The reporter's record must be filed by June 21, 2019. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**. *See* TEX. R. APP. P. 28.4(b)(2) (precluding appellate court from granting extensions of time to file record in excess of thirty days cumulatively in parental termination appeals). The clerk of this court shall cause a copy of this order to be served on Ms. Jimenez by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2019.



Keith E. Hottle,
Clerk of Court